UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| G & T INDUSTRIES, INC., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-35-PLR-HBG |
| | ) | |
| CAYD AYRES, *et al.*, | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| CAYD AYRES, *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-227-PLR-HBG |
| | ) | |
| ROLAND GRIT, *et al.*, | ) | |
|     Defendants. | ) | |

**ORDER**

These cases are before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral of the Chief District Judge.

Now before the Court is "Plaintiff's Report of Unsuccessful Mediation and Motion for Consolidation and Scheduling Order," which was filed by Mr. and Ms. Ayres in both of the above cases. The motion purports to do three things: (1) report the parties' unsuccessful mediation; (2) request consolidation; and (3) request a scheduling order.

With regard to these, the Court first finds that the Court and Clerk have been properly notified that mediation was not successful. Secondly, the Court finds that the request for consolidation is most appropriately addressed through an Order of Consolidation, which will be entered contemporaneously herewith. Finally, the Court finds that the District Judge entered a

Scheduling Order in Case No. 3:15-CV-227, and the undersigned will suggest that the same Scheduling Order be entered in Case No. 3:15-CV-35, which will serve as the lead case upon consolidation.

Accordingly, the "Plaintiff's Report of Unsuccessful Mediation and Motion for Consolidation and Scheduling Order," is **GRANTED IN PART** and **DENIED IN PART** as stated above.

**IT IS SO ORDERED**.

ENTER:

*Bruce Guyton*
United States Magistrate Judge