UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| G & T INDUSTRIES, INC., )<br>　　　　Plaintiffs, )<br> )<br>v. )<br> )<br>CAYD AYRES, *et al.*, )<br>　　　　Defendants. ) | No. 3:15-CV-35-PLR-HBG |
| CAYD AYRES, *et al.*, )<br>　　　　Plaintiffs, )<br> )<br>v. )<br> )<br>ROLAND GRIT, *et al.*, )<br>　　　　Defendants. ) | No. 3:15-CV-227-PLR-HBG |

## **ORDER OF CONSOLIDATION**

These cases are before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral of the Chief District Judge.

Now before the Court is a request to consolidate presented by Cayd Ayres and Michelle Ayres in both of the cases captioned above. Mr. and Ms. Ayres move the Court to consolidate these cases because the cases involve the same operative facts.

The Court finds that Rule 42 of the Federal Rules permits the Court to consolidate cases which present common questions of law or fact. The Court finds that these cases present common questions of law and fact, and the Court finds that it is appropriate to consolidate the two actions. Moreover, there has been no timely opposition to the request to consolidate in

either of the cases. See E.D. Tenn. L.R. 7.1, 7.2. Accordingly, the Court finds that the Motion to Consolidate is well-taken, and it is **GRANTED**.

Because it is the first-filed of the two cases, it is **ORDERED** that G&T Industries, Inc. v. Cayd Ayers, *et al.*, Case No. 3:15-CV-35, the first filed of the two cases, **SHALL SERVE** as the lead case for purposes of this consolidation, and all future filings shall *only* be made in G&T Industries, Inc. v. Cayd Ayers, *et al.*, Case No. 3:15-CV-35.

**IT IS SO ORDERED**.

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge